THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICIA ARCHER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SONY INTERACTIVE ENTERTAINMENT, a foreign limited liability corporation, and SUCKER PUNCH PRODUCTIONS, a foreign limited liability corporation, <br><br> Defendants. | CASE NO. C19-1979-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 20). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

//

//

//

//

1 | DATED this 12th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-1979-JCC
PAGE - 2